1056

No. 86–5698. CHERRY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5703. DONALDSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5722. SCHULER *v.* UNIVERSITY OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 86–5729. SEVERINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5784. TAYLOR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–5786. SANCHEZ *v.* MILLER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 86–5864. JOLES *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 86–5870. DRIVER *v.* JOHNSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–5874. COLEMAN *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 86–5875. WELLS *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–5878. JACOBS *v.* GREGG. C. A. 3d Cir. Certiorari denied.

No. 86–5881. DALEBOUT *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 86–5883. HABER *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5885. FOY *v.* MASCHNER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–5887. HARVEY *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.